# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOSEPH H. AKINS,<br><br>    Debtor.<br><br>DOMINIQUE BLACK<br><br>    Plaintiff, Appellant<br><br>v.<br>JOSEPH H. AKINS, JR.,<br>Successor Representative to<br>The late Joseph H. Akins Sr.,<br><br>    Defendant, Respondent | Case No. 2:21-CV-02371-TLN<br><br>Appeal From Bankruptcy Court<br>Adv. Proc. No. 18-2187<br><br>ORDER ALLOWING ELECTRONIC<br>FILING USING CM/ECF |

The Court having received the application to file electronically using the CM/ECF system, and being fully advised in the premises,

IT IS ORDERED that Dominque Black is allowed to use the CM/ECF electronic filing system to file documents in this case. The Clerk shall provide any link necessary to effectuate the purpose of this order.

Dated: May 27, 2022

_____
United States District Judge

- 1 -
Order allowing electronic filing